UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                                          :     Case No. 14-12611 (SCC)
                                                               :
NII Holdings, Inc., et al.,                                    :     Chapter 11
                                                               :
                    Debtors.                                   :
---------------------------------------------------------------x

# NOTICE OF APPOINTMENT OF OFFICIAL
# COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, United States Trustee for Region 2, pursuant to Sections 1102(a) and (b) of title 11, United States Code, hereby appoints the following unsecured creditors that are willing to serve to the Official Committee of Unsecured Creditors of NII Holdings, Inc., et al. and affiliated debtors in possession:

1. Wilmington Trust, National Association
   50 South Sixth Street, Suite 1290
   Minneapolis, MN 54402
   Attention: Peter Finkel, Vice President
   Telephone: (612) 217-5629
   Fax:    (612) 217-5651

2. Capital Research and Management Company
   630 Fifth Avenue, 36th Floor
   New York, NY 10111-0121
   Attention: David Daigle
   Telephone: (212) 581-5000

3. Aurelius Investment, LLC
   c/o Aurelius Capital Management, LP
   535 Madison Avenue – 22nd Floor
   New York, New York 10022
   Attention: Dan Gropper
   Telephone: (646) 445-6570
   Fax: (212) 786-5870

4. Wilmington Savings Fund Society, FSB
   500 Delaware Avenue
   Wilmington, DE 19801
   Attention: Patrick Healy, Vice President
   Telephone: (302) 888-7420
   Fax: (302) 421-3137

5. American Tower do Brasil-Cessao de Infraestructuras LTDA
   1000 N.W. 57th Court, Suite 350
   Miami, FL 33126
   Attention: Susanne M. Kandel, General Counsel, Latin America
   Telephone: (617) 585-7752
   Fax: (617) 363-7575

Dated: New York, New York
       September 29, 2014

    Sincerely,

    WILLIAM K. HARRINGTON
    UNITED STATES TRUSTEE

    By */s/ Susan D. Golden*
        Susan D. Golden
        Trial Attorney
        Office of the United States Trustee
        201 Varick Street, Room 1006
        New York, NY 10014
        Tel. (212) 510-0500
        Fax (212) 668-2255