JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Scott J. Greenberg
Lisa Laukitis

- and -

JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
David G. Heiman (admitted *pro hac vice*)
Carl E. Black (admitted *pro hac vice*)

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
In re:                                          : Chapter 11
:
NII Holdings, Inc., et al.,[1]                  : Case No. 14-12611 (SCC)
:
                    Debtors.                    : (Jointly Administered)
:
------------------------------------------------------------x

**NOTICE OF ADJOURNMENT, RESCHEDULING**
**AND EXTENSION OF RESPONSE DEADLINES FOR CERTAIN**
**MATTERS PREVIOUSLY SCHEDULED FOR HEARING ON JANUARY 28, 2015**

---

[1] The Debtors are comprised of the following thirteen entities (the last four digits of their respective U.S. taxpayer identification numbers follow in parentheses): NII Holdings, Inc. (1412); Nextel International (Services), Ltd. (6566); NII Capital Corp. (6843); NII Aviation, Inc. (6551); NII Funding Corp. (6265); NII Global Holdings, Inc. (1283); NII International Telecom S.C.A. (7498); NII International Holdings S.à r.l. (N/A); NII International Services S.à r.l. (6081); Airfone Holdings, LLC (1746); Nextel International (Uruguay), LLC (5939); McCaw International (Brazil), LLC (1850); and NII Mercosur, LLC (4079). The location of the Debtors' corporate headquarters and the Debtors' service address is: 1875 Explorer Street, Suite 800, Reston, VA 20190.

NYI-524632521v1                    -1-

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On December 22, 2014, the above-captioned debtors and debtors in possession (the "Debtors") filed with the Court the (a) Motion of Debtors and Debtors in Possession for an Order Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code Authorizing Them to Enter Into and Perform Under a Plan Support Agreement [Docket No. 320] (the "PSA Motion") and (b) Motion for an Order (i) Approving Disclosure Statement, (ii) Approving the Form and Manner of Service of Disclosure Statement Notice, (iii) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan of Reorganization, (iv) Approving Related Notice and Rights Offering Procedures and (v) Scheduling Hearing on Confirmation of Plan of Reorganization [Docket No. 326] (the "DS Motion").

2. On December 30, 2014, Debtors filed with this Court the Motion for an Order Authorizing the Debtors to Enter Into a Backstop Commitment Agreement [Docket No. 352] (the "Backstop Motion") (collectively with the PSA Motion and the DS Motion, the "Motions").

3. A hearing to consider the Motions originally was scheduled for January 28, 2015 at 10:00 a.m. (Eastern Time). The deadline for responses to the PSA Motion was no later than 4:00 p.m. (Eastern Time) on January 14, 2015. The deadline for responses to the DS Motion and the Backstop Motion was no later than 4:00 p.m. (Eastern Time) on January 20, 2015.

4. By agreement of the Debtors and certain parties in interest, the hearing on approval of the Motions has been adjourned to **February 13, 2015 at 10:00 a.m. (Eastern Time)**.

5. The deadline for responses to the DS Motion, if any, has been extended to **January 30, 2015 at 4:00 p.m. (Eastern Time)**.

6. The deadline for responses to the PSA Motion and the Backstop Motion, if any, has been extended to **February 4, 2015 at 4:00 p.m. (Eastern Time)**.

7. In lieu of a hearing on the Motions, the Court will hold a status conference at 11:00 a.m. (Eastern Time) on January 28, 2015.

8. Copies of the Motions may be obtained from the Court's website at http://ecf.nysb.uscourts.gov or, free of charge, at http://cases.primeclerk.com/nii/.

Dated: January 5, 2015
      New York, New York

Respectfully submitted,

 /s/  Scott J. Greenberg
Scott J. Greenberg
Lisa Laukitis
JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

- and -

David G. Heiman (admitted *pro hac vice*)
Carl E. Black (admitted *pro hac vice*)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION