UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
In re:                                            : Chapter 11
                                                  :
NII Holdings, Inc., et al.,[1]                    : Case No. 14-12611 (SCC)
                                                  :
                        Debtors.                  : (Jointly Administered)
                                                  :
-------------------------------------------------------------x

### AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

STATE OF Virginia        )
                         )    ss:
COUNTY OF Fairfax        )

The undersigned hereby declares, under penalty of perjury, as follows:

1. I am a member, partner or similar representative of the following firm (the "Firm"), which maintains offices at the address and phone number listed below:

Firm:

Posz Law Group, PLC

Address and Phone Number:

12040 South Lakes Drive, Ste 101, Reston, VA 20191

703 - 707 - 9110

2. This Affidavit is submitted in connection with an order of the United States Bankruptcy Court for the Southern District of New York authorizing NII Holdings, Inc.

---

[1] The Debtors are comprised of the following thirteen entities (the last four digits of their respective U.S. taxpayer identification numbers follow in parentheses): NII Holdings, Inc. (1412); Nextel International (Services), Ltd. (6566); NII Capital Corp. (6843); NII Aviation, Inc. (6551); NII Funding Corp. (6265); NII Global Holdings, Inc. (1283); NII International Telecom S.C.A. (7498); NII International Holdings S.à r.l. (N/A); NII International Services S.à r.l. (6081); Airfone Holdings, LLC (1746); Nextel International (Uruguay), LLC (5939); McCaw International (Brazil), LLC (1850); and NII Mercosur, LLC (4079). The location of the Debtors' corporate headquarters and the Debtors' service address is: 1875 Explorer Street, Suite 800, Reston, VA 20190.

NYI-524620175v1

and the other above-captioned debtors and debtors in possession (collectively, the "Debtors") to retain certain professionals in the ordinary course of business during the pendency of the Debtors' chapter 11 cases (the "Order"). Since the date that the Debtors' chapter 11 cases were commenced (the "Petition Date"), the Debtors have requested that the Firm provide services (or continue to provide services) to the Debtors, and the Firm has agreed to provide such services. Accordingly, the Firm is filing this Affidavit pursuant to the Order.

3. The Firm, through me, and other members, partners, associates or employees of the Firm, has provided, or plans to provide, the following services to the Debtors from and after the Petition Date: patent prosecution and legal services.

4. To the best of my knowledge, information, and belief, formed after due inquiry, (a) the Firm does not currently provide services to any party in any matter related to the Debtors and (b) the Firm does not represent or hold an interest adverse to the Debtors.

5. The Firm may provide services to certain creditors of the Debtors or other parties in matters that are unrelated to the Debtors, but the Firm's work for these clients will not include the provision of services on any matters relating to the Debtors' chapter 11 cases.

6. The Firm believes that it is owed approximately $4981.15 on account of services rendered and expenses incurred prior to the Petition Date in connection with the Firm's employment by the Debtors.

7. The Firm further states that it has not shared, has not agreed to share, nor will it agree to share, any compensation received in connection with these chapter 11 cases with any party or person, although such compensation may be shared with any member or partner of, or any person employed by, the Firm.

2

8.    If, at any time during its employment by the Debtors, the Firm discovers any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Dated  <u>January 22, 2015</u>

By: _____
David G. Posz

Sworn to and subscribed before me
this 22nd day of January, 2015

*Colleen Kay Hiatt*

```
COLLEEN KAY HIATT
Notary Public
Commonwealth of Virginia
7575134
My Commission Expires Nov 30, 2017
```

3

NYI-524620175v1