JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Scott J. Greenberg

 - and -

JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
David G. Heiman (admitted *pro hac vice*)
Carl E. Black (admitted *pro hac vice*)

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re:                                                        :    Chapter 11
:
NII Holdings, Inc., et al.,[1]                                :    Case No. 14-12611 (SCC)
:
            Debtors.                                          :    (Jointly Administered)
:
---------------------------------------------------------------x

**NOTICE OF CANCELLATION OF JANUARY 28, 2015 STATUS CONFERENCE**

---

[1]   The Debtors are comprised of the following thirteen entities (the last four digits of their respective U.S. taxpayer identification numbers follow in parentheses): NII Holdings, Inc. (1412); Nextel International (Services), Ltd. (6566); NII Capital Corp. (6843); NII Aviation, Inc. (6551); NII Funding Corp. (6265); NII Global Holdings, Inc. (1283); NII International Telecom S.C.A. (7498); NII International Holdings S.à r.l. (N/A); NII International Services S.à r.l. (6081); Airfone Holdings, LLC (1746); Nextel International (Uruguay), LLC (5939); McCaw International (Brazil), LLC (1850); and NII Mercosur, LLC (4079).  On January 26, 2015, an affiliate fo the Debtors commenced a chapter 11 case that the Debtors have asked to join with these existing chapter 11 cases.  The location of the Debtors' corporate headquarters and the Debtors' service address is: 1875 Explorer Street, Suite 800, Reston, VA 20190.

NYI-524636163v1                                   -1-

### PLEASE TAKE NOTICE OF THE FOLLOWING:

1.  The status conference that was scheduled for January 28, 2015 has been **CANCELLED.**

| | |
|---|---|
| Dated: January 26, 2015<br>New York, New York | Respectfully submitted,<br><br> /s/  Scott J. Greenberg<br>Scott J. Greenberg<br>Lisa Laukitis<br>JONES DAY<br>222 East 41st Street<br>New York, New York  10017<br>Telephone:  (212) 326-3939<br>Facsimile:  (212) 755-7306<br><br> - and -<br><br>David G. Heiman (admitted *pro hac vice*)<br>Carl E. Black (admitted *pro hac vice*)<br>JONES DAY<br>North Point<br>901 Lakeside Avenue<br>Cleveland, Ohio  44114<br>Telephone:  (216) 586-3939<br>Facsimile:  (216) 579-0212<br><br>ATTORNEYS FOR DEBTORS<br>AND DEBTORS IN POSSESSION |