KELLEY DRYE & WARREN LLP
Kristin S. Elliott, Esq.
101 Park Avenue
New York, New York 10178
Tel: (212) 808-7800
Fax: (212) 808-7897
E-mail: kelliott@kelleydrye.com

_Attorneys for Tata America International_
_Corporation d/b/a TCS America_

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Hearing Date and Time: TBD
Objection Deadline: May 18, 2015 at 4:00 p.m. (ET)

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **NII HOLDINGS, INC.,** <u>et al.</u>, | **Case No. 14-12611 (SCC)** |
| **Debtors.** | **(Jointly Administered)** |

**OBJECTION OF TATA AMERICA INTERNATIONAL CORPORATION D/B/A TCS**
**AMERICA TO DEBTORS' PROPOSED CURE AMOUNT FOR ASSUMPTION OF MASTER**
**SUPPLY AND TECHNICAL SERVICES AGREEMENT PURSUANT TO 11 U.S.C. §365**
**AND THE DEBTORS' FIRST AMENDED PROPOSED JOINT PLAN OF REORGANIZATION**

Tata America International Corporation d/b/a TCS America ("<u>TCS</u>"), by and through its

undersigned counsel, Kelley Drye & Warren LLP, hereby submits this cure objection (the "<u>Cure</u>

<u>Objection</u>") to the Debtors' proposed assumption under the Plan (as defined below) of that certain

Master Supply and Technical Services Agreement, dated as of May 31, 2010 between NII Holdings,

Inc. ("<u>NII</u>") and TCS (together with all statements of work and addenda thereto, the "<u>MSA</u>").   In

support of the Cure Objection, TCS respectfully states:

## BACKGROUND

1.  On or about May 31, 2010, TCS and NII entered the MSA, pursuant to which

TCS provides various services to NII.[1]

2.   On  September 15, 2014 (the "Petition Date"), NII and certain other Debtors each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code with this Court. Additional Debtors filed for chapter 11 protection on October 8, 2014 and January 26, 2015.

3.   Since the Petition Date, the Debtors have continued to operate and manage their businesses as debtors and debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

4.   On April 20, 2015, the Debtors and the official committee of unsecured creditors appointed in these cases filed the First Amended Joint Plan of Reorganization Proposed by the Plan Debtors and Debtors in Possession and the Official Committee of Unsecured Creditors (the "Plan").

5.   On May 11, 2015, the Debtors filed the Notice Regarding (A) Executory Contracts and Unexpired Leases to be Assumed Pursuant to the First Amended Joint Plan of Reorganization and Section 365 of the Bankruptcy Code, (B) Amounts Required to Cure Defaults Under Such Contracts and Leases and (C) Related Procedures (the "Cure Notice").

6.   Pursuant to Section IV of the Plan, the Debtors intend to assume those contracts identified on the Assumption and Cure Schedule appended to the Cure Notice upon confirmation of the Plan and payment of the Cure Amount listed for such contracts on the Assumption and Cure Schedule.

7.   The MSA is listed on the Assumption Schedule with a proposed Cure Amount of $557,670.77 (the "Proposed Cure Amount").

---

[1]   The MSA contains confidential commercial information and is not attached hereto.  The MSA will be provided upon request to TCS's counsel and execution of a confidentiality agreement.

## OBJECTION

8.    TCS does not object to the assumption of the MSA, but the Proposed Cure Amount is incorrect.  TCS's records indicate that approximately $1,256,919.59 of unpaid pre- and postpetition invoices are due and owing under the MSA ("TCS's Cure Amount").  A schedule summarizing TCS's Cure Amount is attached hereto as Exhibit 1.  Copies of the invoices evidencing TCS's Cure Amount are attached hereto collectively as Exhibit 2.

9.    Pursuant Sections 365(b)(1) and (f)(2) of the Bankruptcy Code, a debtor-in-possession which seeks to assume and assign an executory contract must (i) cure, or provide adequate assurance that it will promptly cure, any defaults in the executory contract, (ii) compensate the counterparty to the executory contract for any actual pecuniary loss to such party resulting from such defaults, and (iii) provide adequate assurance of future performance under such contract.  11 U.S.C. §§ 365(b)(i), (f)(2).

10.    While TCS has no objection to the Debtors' assumption of the MSA, TCS objects to any Cure Amount that is less than the $1,256,919.59 owed to TCS under the MSA as of May 18, 2015.

11.    Additionally, TCS reserves all of its rights to supplement and amend this Objection as additional information may become available.  To the extent charges continue to accrue under the MSA, TCS further reserves its rights to amend and supplement this Objection to account for such charges, until cured.

3

**WHEREFORE**, TCS respectfully requests that the Court (i) establish $1,256,919.59 as the

Cure Amount for the MSA, and (ii) grant TCS such other and further relief as the Court deems just

and proper.

Dated: New York, New York
      May 18, 2015

                     KELLEY DRYE & WARREN LLP

                     By:   */s/ Kristin S. Elliott*
                         Kristin S. Elliott
                     101 Park Avenue
                     New York, New York 10178
                     Tel: (212) 808-7800
                     Fax: (212) 808-7897

                     *Attorneys for Tata America International Corporation*
                     *d/b/a TCS America*

# **EXHIBIT 1**

*In re NII Holdings, Inc, et al*
Case No. 14-12611 (SCC)
Exhibit 1 to TCS America Cure Objection

## Summary of Cure Amount

| Invoice Number | Invoice Date | Amount |
|---|---|---|
| TAND215001060 | 10-Sep-14 | $142.70 |
| TANI215032566 | 16-Sep-14 | $128,149.00 |
| TAFI215055508 | 16-Sep-14 | $121,736.05 |
| TAFI215055509 | 16-Sep-14 | $100,115.00 |
| TAND215001109 | 17-Sep-14 | $736.69 |
| TAND215001110 | 17-Sep-14 | $1,813.99 |
| TAND215001465 | 31-Oct-14 | $2,516.44 |
| TAFI215091681 | 17-Dec-14 | $175,845.71 |
| TAFI215091682 | 17-Dec-14 | $24,154.00 |
| TAFI215118720 | 25-Feb-15 | $174,016.00 |
| TAFI215118726 | 25-Feb-15 | $68,830.92 |
| TANI215068909 | 25-Feb-15 | $52,894.02 |
| TAFI215118754 | 25-Feb-15 | $39,329.00 |
| TAFI215126240 | 27-Feb-15 | $164,930.01 |
| TAFI215126745 | 2-Mar-15 | $9,127.39 |
| TANI215073700 | 2-Mar-15 | $49,565.00 |
| TAFI215126746 | 2-Mar-15 | $129,046.83 |
| TAFI215126747 | 2-Mar-15 | $12,261.00 |
| TAND215002511 | 13-Mar-15 | $1,709.84 |
| | Total Cure Amount | $1,256,919.59 |

**EXHIBIT 2**



**TATA**

101  PARK AVENUE
26th FLOOR,
NEW YORK , NY 10178
USA

TATA AMERICA INTERNATIONAL CORPORATION

---

**M/S**   **NII Holdings Inc**
1875 Explorer Drive
Reston
VA, 20190
USA

| | |
|---|---|
| **Invoice No.** | TAFI215118720 |
| **Date** | 25-FEB-2015 |

**Attention**   Antonio Escobedo
**Project**   NII MultiChannel Customer and Sales Experience Portal
**Reference**   3417/073-9500-1592-200-86-IT 1402

---

| Description | Amount  (USD) |
|---|---|
| Phase 1 & 2 Development and Support | 500,000.00 |
| **Total Amount :** | **500,000.00** |

Total Amount Payable :

**US Dollars Five Hundred Thousand only.**

---

Please make checks/ACH/EFT payable to TATA America International Corp.
and mail to

For Checks
TATA America International Corp.
12977 Collections Center Drive
Chicago, Illinois 60693

For ACH/EFT
TATA America International Corp.
Bank Name: Bank of America N A
ABA/Routing No: 111000012
Account No: 3752109366
Swift Code: BOFAUS3N

**TATA AMERICA
INTERNATIONAL CORPORATION**

---

This is a computer generated invoice and does not need signature

## PAYMENT ADVICE

(To be filled in by client )

**From :**

**To :**

**M/S  NII Holdings Inc**
1875 Explorer Drive
Reston
VA, 20190
USA

**TATA AMERICA INTERNATIONAL CORPORATION**
12977 COLLECTIONS CENTER DRIVE
CHICAGO, ILLINOIS 60693
USA

Please find payment enclosed

| Invoice Number | Project | Amount    (USD) |
|---|---|---|
| TAFI215118720 | Phase 1 & 2 Development and Support | 500,000.00 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total** | 500,000.00 |

COMMENTS



**TATA**

TATA AMERICA INTERNATIONAL CORPORATION

101  PARK AVENUE
26th FLOOR,
NEW YORK , NY 10178
USA

| M/S | **NII Holdings Inc** | | |
|---|---|---|---|
| | 1875 Explorer Drive | | |
| | Reston | | |
| | VA, 20190 | **Invoice No.** | TAFI215091682 |
| | USA | **Date** | 17-DEC-2014 |

| **Attention** | Antonio Escobedo |
|---|---|
| **Project** | NII MultiChannel Customer and Sales Experience Portal |
| **PO Number** | 3417/073-9500-1592-200-86-IT 1402 |

| Description | Amount  (USD) |
|---|---|
| Phase 1 Development (Until Sep 14 2014) | 200,000.00 |
| **Total Amount :** | 200,000.00 |

Total Amount Payable :

  US Dollars Two Hundred Thousand only.

Please make checks/ACH/EFT payable to TATA America International Corp.
and mail to
For Checks
TATA America International Corp.
12977 Collections Center Drive
Chicago, Illinois 60693

For ACH/EFT
TATA America International Corp.
Bank Name: Bank of America N A
ABA/Routing No: 111000012
Account No: 3752109366
Swift Code: BOFAUS3N

**TATA AMERICA
INTERNATIONAL CORPORATION**

This is a computer generated invoice and does not need signature

## PAYMENT ADVICE

(To be filled in by client )

**From :**

**To :**

**M/S  NII Holdings Inc**
1875 Explorer Drive
Reston
VA, 20190
USA

**TATA AMERICA INTERNATIONAL CORPORATION**
12977 COLLECTIONS CENTER DRIVE
CHICAGO, ILLINOIS 60693
USA

Please find payment enclosed

| Invoice Number | Project | Amount   (USD) |
|---|---|---|
| TAFI215091682 | NII MultiChannel Customer and Sales Experience Portal | 200,000.00 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total** | 200,000.00 |

COMMENTS



**TATA**

**TATA AMERICA INTERNATIONAL CORPORATION**

101 PARK AVENUE
26th FLOOR, NEW YORK
NY 10178
USA

| M/S | NII Holdings Inc | | |
|---|---|---|---|
| | 1875 Explorer Drive | Invoice No. | TACI215000768 |
| | Reston | Date | 12-SEP-14 |
| | VA, 20190 | | |
| | USA | | |
| Attention | Antonio Escobedo | | |
| PO Number | 3417/073-9500-1592-200-86-IT 1402 | | |
| Project | NII Multichannel Customer and Sales Experience Portal | | |

| Description | Amount (USD) |
|---|---|
| Design and Solution document | 350,000.05 |
| **Total Amount** | **350,000.05** |

Total Amount Payable:

**US Dollars Three Hundred Fifty Thousand And Five Cents Only.**

**Internal References:**
TAFI215055508 , TANI215032566 , TAFI215055509 ,

Please make checks/ACH/EFT payable to TATA America International Corp. and mail to

For Checks
TATA America International Corp.
12977 Collections Center Drive
Chicago, Illinois 60693
.
.

For ACH/EFT
TATA America International Corp.
Bank Name: Bank of America N A
ABA/Routing No: 111000012
Account No: 3752109366
Swift Code: BOFAUS3N

**TATA AMERICA**
**INTERNATIONAL CORPORATION**

FOR OFFICE USE ONLY

This is a computer generated invoice and does not need signature.

## PAYMENT ADVICE

(To be filled in by client)

**From:**                                            **To:**

M/S   **NII Holdings Inc**                          **TATA AMERICA INTERNATIONAL CORPORATION**
      1875 Explorer Drive                           101 PARK AVENUE
      Reston                                        26th FLOOR, NEW YORK
      VA, 20190                                     NY 10178
      USA                                           USA

Please find payment enclosed

| Invoice Number | Amount (USD) |
|---|---|
| TACI215000768 | 350,000.05 |
| | |
| | |
| | |
| | |
| **Total** | **350,000.05** |

**Internal References:**
TAFI215055508, TANI215032566, TAFI215055509,

COMMENTS



**TATA**

101 PARK AVENUE
26th FLOOR,
NEW YORK , NY 10178
USA

TATA AMERICA INTERNATIONAL CORPORATION

| | |
|---|---|
| **M/S    NII Holdings Inc** | |
| 1875 Explorer Drive | |
| Reston | |
| VA, 20190 | **Debit Note No.**   TAND215002511 |
| USA | **Date**                13-MAR-2015 |

| | |
|---|---|
| **Attention** | Antonio Escobedo |
| **Project** | NII MultiChannel Customer and Sales Experience Portal |
| **PO Number** | **3417/073-9500-1592-200-86-IT 1402** |

| DEBIT NOTE Description | Amount  (USD) |
|---|---|
| Emily Travel Ticket (Dec) | 1,709.84 |
| **Total Amount :** | **1,709.84** |

Total Amount Payable :
**US Dollars One Thousand Seven Hundred Nine And Eighty-Four Cents Only.**

Please make checks/ACH/EFT payable to TATA America International Corp.
and mail to
For Checks                              For ACH/EFT
TATA America International Corp.        TATA America International Corp.
12977 Collections Center Drive         Bank Name: Bank of America N A
Chicago, Illinois 60693                ABA/Routing No: 111000012
                                       Account No: 3752109366          **TATA AMERICA**
                                       Swift Code: BOFAUS3N        **INTERNATIONAL CORPORATION**

This is a computer generated invoice and does not need signature

# PAYMENT ADVICE

(To be filled in by client )

**From :**

**M/S  NII Holdings Inc**
1875 Explorer Drive
Reston
VA, 20190
USA

**To :**

**TATA AMERICA INTERNATIONAL CORPORATION**
12977 COLLECTIONS CENTER DRIVE
CHICAGO, ILLINOIS 60693
USA

Please find payment enclosed

| Invoice Number | Project | Amount   (USD) |
|---|---|---|
| TAND215002511 | **NII MultiChannel Customer and Sales Experience Portal** | 1,709.84 |
| | | |
| | | |
| | | |
| | | |
| | **Total** | 1,709.84 |

COMMENTS



**TATA**

101 PARK AVENUE
26th FLOOR,
NEW YORK , NY 10178
USA

(A DIVISION OF TATA AMERICA INTERNATIONAL CORPORATION)

**M/S NII Holdings Inc**

1875 Explorer Drive
Reston
VA, 20190
USA

| | |
|---|---|
| Debit Memo No. | TAND215001465 |
| Date | 31-OCT-2014 |

| | |
|---|---|
| Attention | Antonio Escobedo |
| Project | NII MultiChannel Customer and Sales Experience Portal |
| PO Number | 3417/073-9500-1592-200-86-IT 1402 |

**DEBIT NOTE**
Description

| | Amount (USD) |
|---|---|
| Travel Ticket Cost - Archana S | 2,516.44 |
| **Total Amount :** | **2,516.44** |

Total Amount Payable :

**US Dollars Two Thousand Five Hundred Sixteen And Forty-Four Cents Only.**

Please make checks/ACH/EFT payable to TATA America
International Corp. and mail to

For Checks
TATA America International Corp.
International Corp.
12977 Collections Center Drive
America N A
Chicago, Illinois 60693
111000012

3752109366

For ACH/EFT
TATA America

Bank Name: Bank of

ABA/Routing No:

Account No:

Swift Code: BOFAUS3N

**TATA AMERICA
INTERNATIONAL CORPORATION**

This is a computer generated invoice and does not need signature.

# PAYMENT ADVICE

(To be filled in by client )

**From :**

**To :**

**M/S  NII Holdings Inc**
1875 Explorer Drive
Reston
VA, 20190
USA

**TCS America**
12977 COLLECTIONS CENTER DRIVE
CHICAGO, ILLINOIS 60693
USA

Please find payment enclosed

| Invoice Number | Project | Amount   (USD) |
|---|---|---|
| TAND215001465 | NII MultiChannel Customer and Sales Experience Portal | 2,516.44 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total** |  |

COMMENTS



**TATA**

101 PARK AVENUE
26th FLOOR,
NEW YORK , NY 10178
USA

(A DIVISION OF TATA AMERICA INTERNATIONAL CORPORATION)

---

**M/S NII Holdings Inc**

1875 Explorer Drive
Reston
VA, 20190
USA

**Debit Memo No.**  TAND215001060
**Date**                      10-SEP-2014

| | |
|---|---|
| **Attention** | Antonio Escobedo |
| **Project** | NII MultiChannel Customer and Sales Experience Portal |
| **PO Number** | **3417/073-9500-1592-200-86-IT 1402** |

---

**DEBIT NOTE**
**Description**

| Amount  (USD) |
|---|

| | |
|---|---|
| VISA Cost - Archana S | 142.70 |
| **Total Amount :** | **142.70** |

Total Amount Payable :

**US Dollars One Hundred Forty-Two And Seventy Cents Only.**

---

Please make checks/ACH/EFT payable to TATA America
International Corp. and mail to
For Checks
TATA America International Corp.
12977 Collections Center Drive
Chicago, Illinois 60693

3752109366

For ACH/EFT
TATA America
International Corp.

Bank Name: Bank of
America N A

ABA/Routing No:
111000012

Account No:

Swift Code: BOFAUS3N

**TATA AMERICA
INTERNATIONAL CORPORATION**

---

This is a computer generated invoice and does not need signature.

# PAYMENT ADVICE

(To be filled in by client )

**From :**

**M/S  NII Holdings Inc**
1875 Explorer Drive
Reston
VA, 20190
USA

**To :**

**TCS America**
12977 COLLECTIONS CENTER DRIVE
CHICAGO, ILLINOIS 60693
USA

Please find payment enclosed

| Invoice Number | Project | Amount   (USD) |
|---|---|---|
| TAND215001060 | NII MultiChannel Customer and Sales Experience Portal | 142.70 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total** |  |

COMMENTS



**TATA**

(A DIVISION OF TATA AMERICA INTERNATIONAL CORPORATION)

101  PARK AVENUE
26th FLOOR,
NEW YORK , NY 10178
USA

---

**M/S  NII Holdings Inc**

1875 Explorer Drive
Reston
VA, 20190
USA

| | |
|---|---|
| **Debit Memo No.** | TAND215001109 |
| **Date** | 17-SEP-2014 |

**Attention**      Antonio Escobedo
**Project**         NII Multichannel Customer and Sales Experience Portal
**PO Number**   **3417/073-9500-1592-200-86-IT 1402**

---

**DEBIT NOTE**
**Description**                                                                **Amount  (USD)**

Travel Expense -Archana                                                            736.69

                                                    **Total Amount :**              **736.69**


Total Amount Payable :

**US Dollars Seven Hundred Thirty-Six And Sixty-Nine Cents Only.**

---

Please make checks/ACH/EFT payable to TATA America
International Corp. and mail to
For Checks                              For ACH/EFT
TATA America International Corp.          TATA America
International Corp.
12977 Collections Center Drive           Bank Name: Bank of
America N A
Chicago, Illinois 60693                  ABA/Routing No:
111000012
                                         Account No:
3752109366
                                         Swift Code: BOFAUS3N

**TATA AMERICA
INTERNATIONAL CORPORATION**

---

**This is a computer generated invoice and does not need signature.**

# PAYMENT ADVICE

(To be filled in by client )

**From :**

**M/S  NII Holdings Inc**
1875 Explorer Drive
Reston
VA, 20190
USA

**To :**

**TCS America**
12977 COLLECTIONS CENTER DRIVE
CHICAGO, ILLINOIS 60693
USA

Please find payment enclosed

| Invoice Number | Project | Amount   (USD) |
|---|---|---|
| TAND215001109 | NII MultiChannel Customer and Sales Experience Portal | 736.69 |
| | | |
| | | |
| | | |
| | | |
| | **Total** | |

COMMENTS



**TATA**

(A DIVISION OF TATA AMERICA INTERNATIONAL CORPORATION)

101  PARK AVENUE
26th FLOOR,
NEW YORK , NY 10178
USA

**M/S  NII Holdings Inc**

    1875 Explorer Drive
    Reston
    VA, 20190
    USA

**Debit Memo No.**  TAND215001110
**Date**           17-SEP-2014

| | |
|---|---|
| **Attention** | Antonio Escobedo |
| **Project** | NII MultiChannel Customer and Sales Experience Portal |
| **PO Number** | 3417/073-9500-1592-200-86-IT 1402 |

| **DEBIT NOTE**<br>**Description** | **Amount  (USD)** |
|---|---|
| Travel Expense -Emily | 1,813.99 |
| **Total Amount :** | **1,813.99** |

Total Amount Payable :

**US Dollars One Thousand Eight Hundred Thirteen And Ninety-Nine Cents Only.**

Please make checks/ACH/EFT payable to TATA America
International Corp. and mail to
For Checks             For ACH/EFT
TATA America International Corp.   TATA America
International Corp.
12977 Collections Center Drive    Bank Name: Bank of
America N A
Chicago, Illinois 60693        ABA/Routing No:
111000012

3752109366             Account No:

                    Swift Code: BOFAUS3N

**TATA AMERICA
INTERNATIONAL CORPORATION**

This is a computer generated invoice and does not need signature.

# PAYMENT ADVICE

(To be filled in by client )

**From :**

**M/S  NII Holdings Inc**
1875 Explorer Drive
Reston
VA, 20190
USA

**To :**

**TCS America**
12977 COLLECTIONS CENTER DRIVE
CHICAGO, ILLINOIS 60693
USA

Please find payment enclosed

| Invoice Number | Project | Amount   (USD) |
|---|---|---|
| TAND215001110 | NII MultiChannel Customer and Sales Experience Portal | 1,813.99 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total** |  |

COMMENTS



**TATA**

TATA AMERICA INTERNATIONAL CORPORATION

101  PARK AVENUE
26th FLOOR,
NEW YORK , NY 10178
USA

**M/S**    **NII Holdings Inc**
1875 Explorer Drive
Reston
VA, 20190
USA

**Invoice No.**    TAFI215126745
**Date**    02-MAR-2015

**Attention**    Antonio Escobedo
**Project**    NII MultiChannel Customer and Sales Experience Portal
**PO Number**    **3417/073-9500-1592-200-86-IT 1402**

| Description | Amount  (USD) |
|---|---|
| Phase 1 & 2 Development and Support | 200,000.00 |
| **Total Amount :** | 200,000.00 |

Total Amount Payable :

Dollars Two Hundred Thousand Only.

Please make checks/ACH/EFT payable to TATA America International Corp.
and mail to
For Checks                          For ACH/EFT
TATA America International Corp.      TATA America International Corp.
12977 Collections Center Drive       Bank Name: Bank of America N A
Chicago, Illinois 60693              ABA/Routing No: 111000012
                                     Account No: 3752109366        **TATA AMERICA**
                                     Swift Code: BOFAUS3N          **INTERNATIONAL CORPORATION**

**This is a computer generated invoice and does not need signature**

# PAYMENT ADVICE

(To be filled in by client )

**From :**

**M/S  NII Holdings Inc**
1875 Explorer Drive
Reston
VA, 20190
USA

**To :**

**TATA AMERICA INTERNATIONAL CORPORATION**
12977 COLLECTIONS CENTER DRIVE
CHICAGO, ILLINOIS 60693
USA

Please find payment enclosed

| Invoice Number | Project | Amount    (USD) |
|---|---|---|
| TAFI215126745 | NII MultiChannel Customer and Sales Experience Portal | 200,000.00 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total** | 200,000.00 |

COMMENTS

## CERTIFICATE OF SERVICE

On May 18, 2015, the *OBJECTION OF TATA AMERICA INTERNATIONAL CORPORATION D/B/A TCS AMERICA TO DEBTORS' PROPOSED CURE AMOUNT FOR ASSUMPTION OF MASTER SUPPLY AND TECHNICAL SERVICES AGREEMENT PURSUANT TO 11 U.S.C. §365 AND THE DEBTORS' FIRST AMENDED PROPOSED JOINT PLAN OF REORGANIZATION* was filed and service was made via this Court's ECF system upon those parties listed on the annexed service list by email and or overnight mail as indicated.

*/s/ Kristin S. Elliott*
Kristin S. Elliott

7

## Service List

| | |
|---|---|
| **Scott Greenberg**<br>**Lisa Laukitis**<br>Jones Day (New York)<br>222 East 41st Street<br>New York, NY  10017-6702<br>Email: sgreenberg@jonesday.com<br>Email: llaukitis@jonesday.com | **Kenneth H. Echstein**<br>**Stephen D. Zide**<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY<br>Email: keckstein@kramerlevin.com<br>Email: szide@kramerlevin.com |
| **David G. Heiman**<br>**Carl E. Black**<br>Jones Day (North Point)<br>901 Lakeside Avenue<br>Cleveland, OH  44114-1190<br>Email: dgheiman@jonesday.com<br>Email: ceblack@jonesday.com | **Daniel H. Golden**<br>**David H. Botter**<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>Email: dgolden@akingump.com<br>Email: dbotter@akingump.com a |
| **Andrew Rosenberg**<br>**Elizabeth McColm**<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 6th Avenue<br>New York, NY 10019<br>Email: arosenberg@paulweiss.com<br>Email: emccolm@paulweiss.com | **Paul M. Basta**<br>**Christopher Marcus**<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Email:  christopher.marcus@kirkland.com<br>Email: paul.basta@kirkland.com |
| **Susan D. Golden**<br>**Brian Masumoto**<br>Office of the United States Trustee<br>201 Varick Street, Suite 1006<br>New York, NY 10014<br>Email: susan.golden@usdoj.gov<br>Email: brian.masumoto@usdoj.gov<br><br>**Via Email and Overnight Mail** | NII Holdings, Inc.<br>1875 Explorer Street<br>Suite 800<br>Reston, VA<br><br>**Via Overnight Mail** |
| Chambers of Hon. Judge Chapman<br>United States Bankruptcy Court<br>One Bowling Green<br>New York, NY 10004<br><br>**Via Overnight Mail** | |