Jeffrey Scott Posner
12312 Overpond Way
Potomac, MD 20854

The Honorable Shelley C. Chapman
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

RE: In re NII Holdings, Inc., et al. Case No. 14-12611

Dear Judge Chapman:

**BACKGROUND**

My name is Jeffrey Scott Posner and I was, until June 6, 2014, Director of Product Requirements and Testing at NII Holdings, Inc. I have no specific training in bankruptcy law and am not represented by council. I freely admit to having received from time to time numerous mailings from the court or other parties to this case, I also must admit to not completely understand their implications on my individual circumstance.

Only recently did I discover there is language in various documents related to this case that suggest I might be entitled to post-bankruptcy payments in accordance with my severance plan. In the severance plan, employees at my level and above are entitled to all bonus payments related to the calendar/fiscal year 2014 even after leaving the company. These payments were to accrue at the same payout rate as ongoing employees if ongoing employees received their bonuses. This would have included the payments in the third and fourth quarters of 2014 and a final payment in the first quarter of 2015 based on company objectives rather than individual objectives. I also came to understand the date for filing such a claim was December 23, 2014. On May 5, 2015 based on this information I filed a claim via Primeclerk.com that was assigned claim number 335.

**REQUEST**

Given the complexity of the documents sent to my home; given the lack of "human readable" translations of these highly specialized documents I hereby request the court to honor my claim for the portion of my severance related to ongoing bonus payouts as described above.

Thank you for taking the time to consider my concern and request.

Regards,
Jeffrey Scott Posner

Jeff Posner

Digitally signed by
Jeff Posner
Date: 2015.06.10
23:56:29 -06'00'